UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA :
:
: Case No. 3:15-00157
v. :
:
NICK COLLINS :
a/k/a NICHOLAS COLLINS :
:

## ORDER

This matter comes before the Court on the United States' Motion to Seal the Indictment and Order. It is hereby ordered that:

The Motion is granted and the Indictment, Order and Warrant are ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment, the Clerk shall provide to the USMS, to serve them only on counsel of the Government.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Dated: September 16, 2015