UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:15-00157 |
| | ) | JUDGE CAMPBELL |
| NICK COLLINS | ) | |

ORDER

Pursuant to intercircuit assignment, this case is transferred to the Honorable Marvin E. Aspen, Senior Judge of the United States District Court for the Northern District of Illinois for all purposes.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE